## Charles Walters, Clerk of Larue County Court v. Brown.

(Decided June 15, 1926.)

### Appeal from Larue Circuit Court.

Statutes.—That part of Acts 1920, c. 157, which amends Acts 1918, c. 112, section 14, relating to dogs, held void, as violating Constitution section 51, since its title indicates that only sections 15 and 16 are to be amended.

WILL M. GRAHAM for appellant.

WILLIAMS & HANDLEY for appellee.

OPINION OF THE COURT BY COMMISSIONER HOBSON—
Affirming.

Section 14 of the act relating to dogs, approved
March 28, 1918, contained this provision:

> "And in addition thereto it shall be the duty
> of the county court clerk to cause to be published
> by precincts in one of the newspapers in his county,
> if there be such, by February 15th of each year, the
> owner's name, postoffice and number of dogs for
> which he has obtained a license." Ky. Stats., 68b-
> 14.

Chapter 157 of the Acts of 1920, is an act amending
the act of March 28, 1918, relating to dogs. The title to
the act is in these words:

> "An Act repealing sections fifteen and sixteen
> of chapter one hundred and twelve of the Acts of
> the General Assembly, nineteen hundred and eight-
> een, relating to dogs, the promotion of live stock
> industry and the protection of live stock and poultry
> from damage by dogs, etc., and re-enacting the same
> with certain modifications thereof."

By the provisions of the act sections fifteen and six-
teen of the former act are repealed and re-enacted. Then
it is provided that section 14 of the former act is further
amended by striking from that section the words above
quoted.

The only question presented on this appeal is
whether so much of the act as amends section 14 is con-
stitutional. The circuit court held it unconstitutional.
The county clerk appeals.

It will be observed that in the title of the act only
sections fifteen and sixteen are referred to and by the
title it is only an act to amend sections fifteen and six-
teen. Section 51 of the Constitution provides: "No law
enacted by the General Assembly shall relate to more
than one subject and that shall be expressed in the title."
The only subject mentioned in the title of the act in
question is the amendment of sections fifteen and six-
teen. So much of the act as relates to section fourteen
is upon a subject not expressed in the title and is void.
Board of Trustees v. Tate, 155 Ky. 296; Bosworth v.
State University, 166 Ky. 436, and cases cited.

Judgment affirmed.